BLANCHE C. ALEXANDER, Respondent, *v.* THE TORRID-AIRE COMPANY et al., Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

*Walter L. Glenney* for motion.

*Sidney A. Wolff* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the appeal may be taken as of right as the Appellate Division did not unanimously affirm the judgment below.

OAK HILL COUNTRY CLUB, Respondent, *v.* THE TOWN OF PITTSFORD et al., Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 133.)